Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65627.—F. W. Woolworth Company *v.* United States, protest 60/20834 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 65628.—S. Berger Co. et al. *v.* United States, protests 60/26349, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65629.—New York Merchandise Co., Inc. *v.* United States, protest 58/23446 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that item 37/1811, described as "Funny Face in envelope," is a manufacture in chief value of metal, the claim of the plaintiff was sustained.

No. 65630.—Old Importers, Inc., and Teigh, Inc. *v.* United States, protests 60/25277 and 60/25282 (New York).